UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:21-cv-01550-MSS-AEP

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

TOWN & COUNTRY REAL ESTATE
OF WINTER HAVEN, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Parties hereby gives notice to the Court that they have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

Respectfully submitted,

| **SOCIAL JUSTICE LAW COLLECTIVE, PL** | **COLE SCOTT KISSANE P.A.** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 974 Howard Ave., | 4301 W. Boy Scout Blvd., Ste. 400 |
| Dunedin, FL 34698 | Tampa, FL 33607 |
| Tel: (202) 709-5744 | Tel: (813) 289-9300 |
| Fax: (866) 893-0416 | Fax: (813) 286-2900 |
| | |
| BY: __/s/ *Shawn A. Heller*__ | BY: __/s/ *Scott H. Jackman*__ |
| Shawn A. Heller, Esq. | Scott H. Jackman, Esq. |
| shawn@sjlawcollective.com | Scott.jackman@csklegal.com |
| | Florida Bar No. 194522 |

| Florida Bar No. 46346<br>Joshua A. Glickman, Esq.<br>Josh@sjlawcollective.com<br>Florida Bar No. 43994 | |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 27th day of August, 2021, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
Shawn A. Heller, Esq.