## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DELROY A. CHAMBERS, JR.,**

     **Plaintiff,**

**v.**                                           **Case No: 8:21-cv-1550-MSS-AEP**

**TOWN & COUNTRY REAL
ESTATE OF WINTER HAVEN,
INC.,**

     **Defendant.**

_____

### <u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

Upon review of the Parties' Joint Notice of Settlement, (Dkt. 17), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 30th day of August 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party