## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**DELROY A. CHAMBERS, JR.,**

     **Plaintiff,**

**v.**                                                                 **Case No: 8:21-cv-1550-MSS-AEP**

**TOWN & COUNTRY REAL
ESTATE OF WINTER HAVEN,
INC.,**

     **Defendant.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of Plaintiff's Notice of Voluntary Dismissal with Prejudice, (Dkt. 19), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 24th day of September 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party